In the Matter of the Accounting of ROYLE R. HARRISON, Now Deceased, et al., as Trustees of the Trusts Created by the Will of AUGUSTUS S. HUTCHINS, Deceased. DAVID WOLCOTT, Appellant; WALDO HUTCHINS, JR., as Surviving Trustee et al., Respondents.— Resettled decree, so far as appealed from, unanimously affirmed, with costs to all respondents appearing separately and filing briefs. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ. [23 Misc 2d 439.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KURASH, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

In the Matter of MARC A. BENNETT, Petitioner, v. ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

HENNY PEINE, Respondent, v. KWIK BIK FOODS, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

VITO MIRRO, Respondent-Appellant, v. NEW COLONIAL ICE COMPANY, INC., Appellant-Respondent.— Judgment unanimously reversed, on the law and on the facts, on the ground of the excessiveness of the recovery, and a new trial ordered, with costs to defendant-appellant-respondent, unless the plaintiff stipulates to reduce the verdict to the sum of $4,000, in which event the judgment as so modified is affirmed, with costs to plaintiff-respondent-appellant. Settle order on notice. Concur — Valente, J. P., McNally, Stevens, Eager and Noonan, JJ.

In the Matter of ROBERT V. RAFTER, Petitioner, v. D. HAYS et al., Respondents.— Motion to dismiss the petition as a matter of law granted and the proceeding unanimously dismissed, with $20 costs and disbursements to the respondent, Hon. Aron Steuer, Justice of the Supreme Court of the State of New York, First Judicial Department. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

WASHINGTON GREEN APARTMENTS v. ELINOR BUSALACCHI.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for Throgs Neck Bridge Approach. BRONX BEACH AND POOL, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.